UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

SCOTT J. SNYDER, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08-1126 (UNA)
)
FEDERAL BUREAU OF PRISONS, )
)
    Defendant. )

---

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that the complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

Date: 8/13/08

_____
United States District Judge

5